IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 4:14-CR-19-H-1

UNITED STATES OF AMERICA

vs.  **ORDER TO SEAL**

JUAN TEJADA-REVULCABA,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Sentencing Memorandum and Request for Variance and the Court's ruling regarding said motion except that the Clerk is authorized to provide a filed copy of the Motion to Seal, the Court's ruling on said motion and the sealed Motion to counsel for the defendant and counsel for the Government.

It is so ORDERED and DIRECTED, this the __2nd__ day of October, 2014.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE

THE LAW OFFICES OF W. H. PARAMORE, III, P.C. - Telephone: (910) 347-1800
410 New Bridge Street, Suite 4, P. O. Box 215, Jacksonville, NC 28540